UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT J. HAMILTON,<br><br>Plaintiff,<br><br>v.<br><br>M. ARMSTRONG, et al.,<br><br>Defendants. | No. 2:19-cv-0445-MCE-EFB P<br><br>**ORDER** |

Presently before the Court is Plaintiff Albert J. Hamilton's Objections to this Court's order (ECF No. 20), which the Court construes as a motion for reconsideration of the magistrate judge's order denying plaintiff's motion to file in forma pauperis. ECF No. 24. Plaintiff has not demonstrated any grounds for reconsideration, and Plaintiff's motion for reconsideration is thus DENIED.

IT IS SO ORDERED.

Dated: September 25, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1